**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| JERVOIS TEXAS, LLC, *et al.*[1] | Case No. 25-90002 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING
OF REVISED PROPOSED
INTERIM ORDER (I) AUTHORIZING
THE DEBTORS TO PAY ACCOUNTS
PAYABLE CLAIMS IN THE ORDINARY COURSE
OF BUSINESS, (II) GRANTING ADMINISTRATIVE
EXPENSE PRIORITY TO UNDISPUTED OBLIGATIONS
ON ACCOUNT OF OUTSTANDING ORDERS AND/OR PROVISION
OF SERVICES AND AUTHORIZING PAYMENT OF SUCH OBLIGATIONS IN
THE ORDINARY COURSE OF BUSINESS, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on January 28, 2025, Jervois Texas, LLC and its debtor

affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned

chapter 11 cases (the "Chapter 11 Cases"), filed the *Debtors' Emergency Motion For Entry of an*

*Order (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of*

*Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of*

*Outstanding Orders and/or Provision of Services and Authorizing Payment of Such Obligations*

*in the Ordinary Course of Business, and (III) Granting Related Relief* [Docket No. 7] (the "All

Trade Motion"), with a proposed order granting the relief requested in the All Trade Motion

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are:  Jervois Global Limited (N/A), Jervois Suomi Holding Oy (N/A), Jervois Finland Oy (N/A), Jervois Americas LLC (8097), Jervois Japan Inc. (N/A), Formation Holdings US, Inc. (0103), Jervois Mining USA Limited (1323), and Jervois Texas, LLC (9514).  The Debtors' service address is Suite 2.03, 1-11 Gordon Street, Cremorne Melbourne, VIC 3121 Australia.

attached as <u>Exhibit A</u> thereto (the "<u>Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file the revised proposed *Interim Order (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders and/or Provision of Services and Authorizing Payment of Such Obligations in the Ordinary Course of Business, and (III) Granting Related Relief* attached as **<u>Exhibit 1</u>** hereto (the "<u>Revised Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE THAT** a redline of the Revised Proposed Order marked against the Proposed Order is attached as **<u>Exhibit 2</u>** hereto.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to request entry of the Revised Proposed Order at the hearing on the All Trade Motion, which is scheduled for January 29, 2025 at 3:00 p.m. (prevailing Central Time).  The Debtors reserve all rights to alter, amend, update, or modify the Revised Proposed Order at or prior to the hearing on the Motion.

[*Remainder of the page intentionally left blank.*]

Dated: January 29, 2025
Houston, Texas

Respectfully submitted,

/s/ Duston K. McFaul

**SIDLEY AUSTIN LLP**
Duston K. McFaul (24003309)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
Email: dmcfaul@sidley.com

Stephen E. Hessler (admitted *pro hac vice*)
Anthony Grossi (admitted *pro hac vice* )
Andrew Townsell (admitted *pro hac vice* )
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
        agrossi@sidley.com
        andrew.townsell@sidley.com
        weiru.fang@sidley.com

*Proposed Counsel to the Debtors and Debtors in Possession*

### Certificate of Service

      I certify that on January 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Duston K. McFaul*
Duston K. McFaul