Electronic Appearance Sheet

Weiru Fang, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Andrew Townsell, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Daniela Rakowski, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Chelsea McManus, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Anthony R. Grossi, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Stephen E. Hessler, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Duston K. McFaul, Sidley Austin LLP
Client(s): Jervois Texas, LLC

Simon Kivinen, Professional Cleaning Service PCS Ab Oy
Client(s): Professional Cleaning Service PCS Ab Oy – Creditor (Unsecured Vendor), CFO

Brian Martin, FTI Consulting
Client(s): Advisor to Jervois Texas, LLC

Adam Steinberg, Moelis & Company
Client(s): Advisor to and Declarant for Jervois Texas, LLC

Charles Persons, Paul Hastings LLP
Client(s): Millstreet Capital Management, LLC, as investment manager and/or sub-investment manager, on behalf of investment funds and managed accounts

Erez Gilad, Paul Hastings LLP
Client(s): Millstreet Capital Management, LLC, as investment manager and/or sub-investment manager, on behalf of investment funds and managed accounts

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Duston McFaul, Sidley
Client(s): Jervois Debtors

G. Alexander Bongartz, Paul Hastings LLP
Client(s): Millstreet Capital Management, LLC, as investment manager and/or sub-investment manager, on behalf of investment funds and managed accounts

Electronic Appearance Sheet

Jayson Ruff, US DOJ
Client(s): US Trustee